FILED

2021 JUL 12 PM 2:59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

United States Federal Court, Florida Middle District
Ocala Division

Civil Case Number: _____ (Jury Demanded)

Date: 07/12/2021

5:21-cv-366-CEM-PRL

| Plaintiff | Defendants |
|---|---|
| Crime Victim, Violation of FLMD Local Rule 1.03(b) | Law Predators, No Prosecution is to Protect Criminals |
| Danny Ho | Florida Department of Law Enforcement 5 Cabinet Officers |
| | 1) State Attorney General, Ashley B Moody bar#487198 |
| Email: dannykho@hotmail.com | 2) State Governor Governor, Ron DeSantis bar#15976 |
| LoudAndClear.dh@Gmail.com | 3) FDLE Commissioner, Rick Swearingen |
| | 4) State Chief Financial Officer, Jimmy Patronis |
| | 5) State Commissioner of Agriculture, Nikki Fried |

CIVIL CLAIM for the 5 Defendants Fail to Prosecute Violates UNEQUAL PROTECTION Clause in the 14th Amendment to Provide a "Crime Umbrella" for the Violation of FLMD Local Rule 1.03(b) by Clerk of Courts EMW & ATTORNEY WFJ

CIVIL CLAIM Under the 5 Defendants' "Crime Umbrella" Covered @FLMD Tampa Division per Crime Victims' Right Act

*Crime Evidence for EMW and WFJ is on pages 10-16.*
*The 5 Defendants with No Reply for No Prosecution since 11/13/20 is on pages 17-19.*
*For "Rule of Law" & Public Interest, this case Affecting Millions of Airport Workers, should not be Dismissal.*

Page

I.   Background: Airport TPA Procedural Error - 49 CFR 1542.209(h) & (i) in Reverse Sequence; also on the same day, Unlawful (otherwise please specify the Law) Job Suspension since 12/15/17.   2

II.  Clerk of courts EMW assigned the eager to corrupt ATTORNEY WFJ prior his Judge commission violate Local Rule 1.03(b) making Plaintiff as "Crime Victim", is protected by the Crime Victims' Right Act (CVRA 2004) under 18U.S.C. 3771 in which the 5 Defendants have No Reason for No Prosecution. CRIME EVIDENCE for Clerk of Court EMW & ATTORNEY WFJ is on pages 10-16, but Judges "BLIND CONSISTENCY" at FLMD Tampa Division   3

III. Finally, official interpretation of "Accusation Set Aside" is available, proves Plaintiff is also a "Judicial Victim" by Judges "UNABLE CONSISTENCY" to Interpret "Accusation Set Aside" at FLMD Tampa Division   6

VI.  Cause of Action. 3 Violations Stack Up: (i) Airport TPA Procedural Error, (ii) Clerk of Courts EMW Violate Rule 1.03(b) with ATTORNEY WFJ, (iii) FDLE 5 Defendants NO Prosecution to provide a "Crime Umbrella For All"   7

V.   Claim for Relief - violations framework only, numbers will be plug-in after count approval   8

Pd- OCA-12040 - $4.

*Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.*

## I.  Background: Airport TPA Procedural Error - 49 CFR 1542.209(h) & (i) in Reverse Sequence
### Unlawful (otherwise please specify the Law) Job Suspension since 12/15/17

It all started on the next day of Tampa International Airport (TPA) security badge application on 12/15/17. A frontline employee was unable to interpret "Accusation Set Aside" in a standard FBI background report, and emailed Plaintiff's employer to suspend his job which is not related the issue and "no law to authorize" to do so (exhibit #3 page 32 of 5:19-cv-JSM-PRL). Plaintiff explained the **"Rule of Law"** that previous airports IND2012, PHL2014 & BET2016 were all no issue. All Plaintiff's cases at FLMD Tampa Division ruined the no. 1 of 6 Core Values, **"Rule of Law"** at FLMD. The other 5 are Equal Justice, Judicial Independence, Accountability, Excellence and Service <https://www.flmd.uscourts.gov/mission-and-core-values>. Therefore, when uphold the **"Rule of Law"**, the case should have been settled years ago. Unfortunately, there are truly bad apples at Tampa Division.

Partial Timeline to show the starting at air port TPA:

11/13/17   Started working at Pemco located at airport TPA through agency Quanta.

12/14/17   After a month of job satisfaction, employer Quanta sent Plaintiff to the airport badge office for long term working at the airport ramp, but the next day with an unlawful (otherwise please specify the Law) job suspension until now.

Together with the unlawful job suspension, airport TPA jump direct asked for court certified copy per Procedure 49CFR1542.209(i) for a intent of correction on the FBI background report, but without going 49CFR1542.209(h) for badge applicant viewing the FBI report first to confirm there was error(s) that leads to a decision of Denial to be made in 30 days. That is No way for a decision pending as of today in 2021.

We never know if the airport TPA is illiterate to understand English for the Law or some other reasons to execute 49CFR1542.209 properly. However, with the unlawful job suspension, it was administrative violence at airport TPA. **Q:** *What makes the TPA security badge office different from the above said 3 airports by "Rule of Law"?*

*"Unable Consistency" to interpret "Accusation Set Aside" & "Blind Consistency" on Clerk of Courts EMW and ATTORNEY WFJ CRIME EVIDENCE is on pages 10-16. With airports IND2012, PHL2014 & BET2016, and Uphold the "RULE OF LAW", what's the problem created by airport TPA since 12/15/17?*

*Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.*

## II    Clerk of court EMW assigned ATTORNEY WFJ Prior his Judge Commission Violated Rule 1.03(b)

As a Rule Violation Crime Victim, Plaintiff is Protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771

a) **8:18-cv-01669-MSS-AEP**    ATTORNEY WFJ had an early start, was assigned on CM/ECF prior his judge commission date on 09/10/18 by the CRIME SUSPECT, Clerk of Courts, Elisabeth Mary Warren EMW.

> Pages 10 - 16 are ATTORNEY WFJ CRIME EVIDENCE for the Violation of FLMD Local Rule 1.03(b) by EMW "BLIND CONSISTENCY" for Judges CEH & SDM, and the FDLE 5 Defendants for NO PROSECUTION
>
> EMW and ATTORNEY WFJ CRIME EVIDENCE is not new. This is the FOURTH (4th) time after Judges CEH, SDM and the FDLE five Defendants.
>
> Unfortunately, all above 2 Judicial parties and 5 Defendant of FDLE did not take EMW and ATTORNEY WFJ CRIME EVIDENCE seriously turning Blind Eyes for their 2 Beloved Colleagues EMW and WFJ making a Pro Se case never ends for unlawful job suspension & airport badge application decision.
>
> *Personal Love Talks to Tolerate airport TPA Procedural Error*
>
> From EMW and ATTORNEY WFJ CRIME EVIDENCE, MSS was upfront for cosmetics. **Q:** *Why 2 Judges handle 1 case?* MSS participation just maintained the Violation of Rule 1.03(b) In Effect to avoid CHAIN BROKEN prior ATTORNEY WFJ seats into a judge position. MSS was so SMART not to do this case for a DIRTY JOB all the way through to the end. MSS just performed a CHAIN CONNECTION moving the case on to ATTORNEY WFJ till his judge commissioned. Without MSS participation, the violation would not have been carried out. MSS is equally crucial for violation and sets a bad example for her young magistrate judge AEP in the next judge generation. As in effect, MSS and AEP are co-Crime Suspects In teamwork. This is how the United States Judiciary is eroding

*"Unable Consistency" to interpret "Accusation Set Aside" & "Blind Consistency" on Clerk of Courts EMW and ATTORNEY WFJ CRIME EVIDENCE is on pages 10-16. With airports IND2012, PHL2014 & BET2016, and Uphold the "RULE OF LAW", what's the problem created by airport TPA since 12/15/17?*

3 of 19

Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.

b) 8:18-cv-01669-WFJ-AEP   The result of violation FLMD Local Rule 1.03(b)[1] is Corrupt WFJ claimed himself UNABLE to interpret "Accusation Set Aside" and "guess" the meaning in a standard FBI background report (page 4 of his D&O 10/16/18) which is beyond Public Expectation to doubt for qualification as judge.

It proves EMW set up the violation for UNABLE WFJ to CORRUPT. Then all judges follow the "UNABLE CONSISTENCY" to protect corrupt WFJ at FLMD Tampa Division where was the Crime Scene of "Obstruction of Justice" in all the following cases. Corrupt WFJ set the following two standards for his job security.

   i)   All following Judges "UNABLE CONSISTENCY" not to Interpret "Accusation Set Aside" to keep a terminology mysteriously remains the case deadlock.

   ii)  All following judges "BLIND CONSISTENCY" to observe the violation of Rule 1.03(b)[1] on the criminal behaviors between EMW and WFJ making the case never ends one after the other i.e. CEH after SDM. Now entering the THIRD (3rd) time to the Elected State Governor and the Elected State Attorney with other 3 FDLE [2,3] cabinet officers.

Both "UNABLE AND BLIND CONSISTENCY" makes FLMD Tampa Division compatible with the Most Corruptible Court in the World, so as the Elected Florida Governor's FDLE for No Prosecution in a criminal behavior for "Obstruction of Justice" in a Judicial Court. This shakes the Foundation of the United States Constitution for 3 Branches of Check and Balance.

---

[1] Middle District of Florida Federal Court Rule 1.03(b):   Each case, upon the filing of the initial paper or pleading, shall be assigned by the Clerk to an individual judge of the Court who shall thereafter be the presiding judge with respect to that cause. Individual assignments of cases within each Division shall be made at random or by lot in such proportions as the judges of the Court from time to time directly. Neither the Clerk nor any member of his staff shall have any power or discretion in determining the judge to whom any case is assigned. The method of assignment shall be designed to prevent anyone from choosing the judge to whom a case is to be assigned, and all persons shall conscientiously refrain from attempting to circumvent this rule.

[2] FDLE claims themself had triple accreditations from (1) Commission on Accreditation for Law Enforcement Agencies, (2) American Society of Crime Lab Directors/Laboratory Accreditation Board, (3) The Commission for Florida Law Enforcement Accreditation.

[3] Personal Love Talks to Provide "Crime Umbrella For All". Q: Should the above 3 accrededations keep on renewing their credentials yearly to SCAM Public Confidence?

"Unable Consistency" to interpret "Accusation Set Aside" & "Blind Consistency" on Clerk of Courts EMW and ATTORNEY WFJ CRIME EVIDENCE is on pages 10-16. With airports IND2012, PHL2014 & BET2016, and Uphold the "RULE OF LAW", what's the problem created by airport TPA since 12/15/17?

4 of 19

Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.

c) 8:18-cv-02802-CEH-SPF     Everything was normal at the beginning. Case management report was set up, agreed and signed by 3 parties. As time went by, corruption symptoms grew up. In the Discovery process, CEH violated her own "3 parties signed & agreed" Scheduling Order to a Early Dismissal on 05/24/19 ceasing the EMW & WFJ corrupt fact finding due on 05/28/19, 4 days before the Discovery end. On 05/23/19 Plaintiff filed doc#24 to remind FRCP11(d) the Inapplication in Discovery for all motions to ensure the Discovery is undisrupted. However, <u>CEH killed the case instantly prior to the Discovery expired</u>.

*CEH Lost her Professional Ethic to find TRUTH in Court*

All agreed and signed respectful court documents became No Meaning to all 3 parties. CEH provided the Judicial Service is not acceptable to the Public. It looks like the airport TPA Counsel was so eager to win from a ProSe, no matter how nasty from the above judges MSS, WFJ and CEH.

d) 5:19-cv-00288-JSM-PRL     Plaintiff KNEW Tampa courthouse GROUP CORRUPTION based on above said, headed Ocala for filing with a 70 pages latest complete presentation; but the case was transferred back to Tampa Division where crime scene for "Obstruction of Justice" was always located. When a courthouse is not safe, where else in the United States is safe?

e) 8:19-cv-01758-SDM-AEP     Another Personal Love Talks to Provide Umbrella for Crime. Chief judge SDM failed to rectify his Division as a crime scene of "Obstruction of Justice" based on the violation of Rule 1.03(b) and the above said malpractices. SDM became part of the "Unable Consistency" to interpret "Accusation Set Aside" and "Blind Consistency" to observe the violation of rule 1.03(b) by EMW and ATTORNEY WFJ CRIME EVIDENCE on pages 10 - 16. FLMD lately created the 6 core values; among them "Rule of Law" is the number one. This means no room for airport TPA manipulations from airports IND2012, PHL2014 & BET2016 for a standard smooth badge application processing.

*Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.*

### III. Finally, Official Interpretation of "Accusation Set Aside" is available, proves Violation of Rule 1.03(b) creating Plaintiff as "Judicial Victim" in all cases by "Unable to Interpret Consistency" at FLMD Tampa Division

<https://codes.findlaw.com/ca/penal-code/pen-sect-13151-1.html> On line:

(e) **Accusation Set Aside** pursuant to Section 995. In addition to this dismissal label, the court shall set forth the particular reasons for the dismissal.

<https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=PEN&sectionNum=995.>

CHAPTER 2. **Setting Aside** the Indictment or Information [995 - 999a]  ( *Heading of Chapter 2 amended by Stats. 1951, Ch. 1674.* )

995.

(a) Subject to subdivision (b) of Section 995a, the indictment or information shall be **Set Aside** by the court in which the defendant is arraigned, upon his or her motion, in either of the following cases:

(1) If it is an indictment:

(A) Where it is not found, endorsed, and presented as prescribed in this code.

(B) That the defendant has been indicted without reasonable or probable cause.

(2) If it is an information:

(A) That before the filing thereof the defendant had not been legally committed by a magistrate.

(B) That the defendant had been committed without reasonable or probable cause.

(b) In cases in which the procedure set out in subdivision (b) of Section 995a is utilized, the court shall reserve a final ruling on the motion until those procedures have been completed.

*(Amended by Stats. 1982, Ch. 1505, Sec. 3.)*

*"Unable Consistency" to interpret "Accusation Set Aside" & "Blind Consistency" on Clerk of Courts EMW and ATTORNEY WFJ CRIME EVIDENCE is on pages 10-16. With airports IND2012, PHL2014 & BET2016, and Uphold the "RULE OF LAW", what's the problem created by airport TPA since 12/15/17?*

Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.

## VI    Cause Of Action
### Violations Stack Up on Top Layer as a "Crime Umbrella For All" by the FDLE 5 Defendants

**a)    Bottom Layer of Violation Stack up at Airport TPA**    On the next day of badge application 12/15/17, airport authority direct asked for court certified copy with Procedure 49CFR1542.209(i) and Unlawful (Otherwise Please Specify the Law) without going Procedure 49CFR1542.209(h) <u>already made a decision to disqualify</u>. Then let the badge applicant view the FBI report to decide if s/he has intent to make corrective action in Procedure 49 CFR 1542.209(i). (h) and (i) is a Procedural Order; the sequence violation together with a nasty unlawful job suspension until now by the airport authority. Following Judges CEH and SDM still discussing the qualifying for approval is Irresponsible to blur the focus. Both Plaintiff and authorities have their insistence, but authorities are on the wrong side different from the rest of airports.

**b)    Middle Layer of Violation Stack up at FLMD Tampa Division**    With violation of rule 1.03(b) connecting with ATTORNEY WFJ prior his commission date, then Judge WFJ claimed himself UNABLE to interpret "Accusation Set Aside" to "guess" the meaning (page 4 of D. & O. 10/16/18) on a standard FBI background report. Ignoring just by dialing <u>(813)-253-1000</u> to consult the FBI Tampa Field Office, everybody can get the meaning with no "guess". Hence, helping the Airport Authority to make a decision on "Approval or Denial" right away. However, other Judges had no option, but followed the "UNABLE CONSISTENCY" not to interpret "Accusation Set Aside" in the cases by Judges CEH and SDM.

**c)    Top Layer as "Crime Umbrella For All" of Violation Stack up at Governor's FDLE**    No one is above the Law. Governor's Law Enforcement 5 cabinet officers (5 Defendants) not to prosecute the violation of local rule 1.03(b) violates EQUAL PROTECTION Clause in section 1 of the 14th Amendment. Also, Defendant #1 Ashley Moody asked a zero income citizen to hire an attorney, is a "Cold Blood Justice Killer" to kill a criminal case. All 5 Defendants with No Reply since 11/30/20 is not a solution.

"Unable Consistency" to interpret "Accusation Set Aside" & "Blind Consistency" on Clerk of Courts EMW and ATTORNEY WFJ CRIME EVIDENCE is on pages 10-16. With airports IND2012, PHL2014 & BET2016, and Uphold the "RULE OF LAW", what's the problem created by airport TPA since 12/15/17?    7 of 19

*Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.*

## V. Claim For Relief - Violations Framework Only, Numbers will be Plug - in After Court Approval

23 Cartel Members Listing: A Seamless Government Teamwork with No One for Chain Broken Up to Honorable Elected Governor Ron DeSantis

<u>Bottom Layer of Violation on at Tampa International Airport & Hillsborough County Aviation Authority</u>
1) Vivian Pullara    2) Daniel Glennon    3) Scott Knight    4) Michael Stephens    5) John Tiliacos
6) Joseph Lopano    7) Chip Diehl    8) Victor Crist    9) Bob Buckhorn    10) Gary Harrod
11) Robert Watkins

<u>Middle Layer of Violation Stack up at FLMD Tampa Division to Cover Up</u>
12) Clerk EMW <u>Prime Crime Suspect</u>   13) ATTORNEY WFJ <u>Non Governmental Prime Crime Suspect</u> to Judge WFJ <u>Unable to Interpret "Accusations Set Aside" to "Guess"</u>   14) Judge MSS <u>Chain Connect</u>
15) Magistrate AEP <u>Chain Connect</u>   16) Judge CEH <u>Case Killer</u>    17) Magistrate Judge SPF <u>Case Killer</u>    18) Chief Judge SDM <u>Fail to Rectify</u>

<u>Top Layer as "Crime Umbrella" of Violation "EQUAL PROTECTION" Stack up at the Governor's FDLE</u>
19) Defendant #1 State Attorney General Ashley Moody   20) Defendant #2 Governor Ron DeSantis   21) Defendant #3 FDLE Commissioner Rick Swearingen
22) Defendant #4 Chief Financial Officer Jimmy Patronis   23) Defendant #5 Commissioner of Agriculture Nikki Fried

| # | The 23 Governmental Cartel Member # | Violation of Civil Right Cost is $ 00000 /person with no criminal factor see next page precedent court case to plug-in | Civil / Criminal | State Government $ | Federal Government $ | Total Amount $ |
|---|---|---|---|---|---|---|
| 1 | 12-13 Crime Suspects Clerk EMW & ATTORNEY WFJ 14-18 Group Judges | FLMD Rule 1.03(b) damaged Plaintiff Civil Right for BASIC Judicial Services results "Unable Consistency" to Interpret "Accusation Set Aside" at FLMD Tampa Division in ALL CASES by 6 Judges | Civil Claim on Criminal Civil | | Double Civil For Criminal 2x2x00000 5x00000 | 00000000 00000000 |
| 2 | 19-23 The 5 Defendants Elected Governor and his 4 FDLE Cabinet Officers | Fail to Prosecute #12 & #13 and #16. Fail to EQUAL PROTECTION to Plaintiff in Section 1 of the 14th Amendment for Civil Right | Civil | 5x00000 | | 00000000 |
| 3 | 1-11 TPA, HCAA officials | UNLAWFUL (otherwise please specify the Law) Job Suspension Damaged Plaintiff Civil Right to Work | Civil | 11x00000 | | 00000000 |
| 4 | 1-11 TPA, HCAA officials | Without Plaintiff Viewing & Intent to make corrections in his FBI report, jumping to ask for a court copy is Out of the Law. Airport TPA is to create Issue & Trouble Making in Procedural Sequence Error in 49CFR1542.209(h) & (i) | Civil | 11x00000 | | 00000000 |
| 5 | 1-11 TPA, HCAA officials | 49CFR1542.209(i)(2) limits 30 days to make "approval or denial" decision for no room manipulation, not suspend a decision since 12/15/17. | Civil | 11x00000 | | 00000000 |
| 6 | 16 Judge CEH, Case Killer | FRCP Rule 11(d): INAPPLICATION to Discovery. This rule does not apply to disclosures and discovery requests, reponses, objections and motions under Rules 26 through 37.   Discovery due 05/28/19, Dismissal on 05/24/19 to CEASE Crime Fact Finding | Criminal for Obstruction of Justice undertable goodmoney | | Violated Scheduling Order for No Jury Trial 2x00000 | 00000 |
| 7 | 1-11 TPA, HCAA officials 12-13 Criminal Violation 14-18 Unable Consistency 19-23 The 5 Defendants | Emotional Pain and Mental Anguish Compensation since 12/15/17 till the case ended will follow Court Precedent Civil Right case, say to be ended at the end of the year | Civil & Criminal | 16x000 | 7x000 | 00000000 |
| 8 | 1-11 TPA & HCAA Officials | Court Filing Fee and Service Cost + attorney consultation | Civil | 4x600+250 | | 2,650 |
| 9 | 1-23 Cartel Teamwork | Worldwide Opportunities and Career Growth lock-down at airport TPA since 12/15/17 | Civil & Criminal | 16 x 00,000 | 7 x 00,000 Add Criminal 2 x 00,000 | 000,000 |
| 10 | 1-23 Whole Cartel Teamwork | Plaintiff Wages Lost until Badge is available, say at the end of the year | Civil | $1,240/wk fr 12/15/17 to Badge Avail. | | ? |
| | | kloAny Advices for Correction is Welcomed | | Total | Total | Grand Total |
| | | | | 00000000 | 00000000 | 000000000 |

"Unable Consistency" to interpret "Accusation Set Aside" & "Blind Consistency" on Clerk of Courts EMW and ATTORNEY WFJ CRIME EVIDENCE is on pages 10-16. With airports IND2012, PHL2014 & BET2016, and Uphold the "RULE OF LAW", what's the problem created by airport TPA since 12/15/17?

8 of 19

Plaintiff is a "Crime Victim" of Violation on Rule 1.03(b), protected by the Crime Victims' Right Act (CVRA) 2004 under 18 U.S.C. §3771 for Criminal Procedure Finally Official Interpretation "Accusation Set Aside" available on page 6, will break the "Unable Consistency" at FLMD Tampa Division with a New Judgement.

---

Space Reserved for

Showing Precedent Court Case: Violation on Civil Right Cost $00000 &

Emotional Pain and Mental Anguish Compensation $000

Numbers will be Plug-in after the Framework Approval

---

### Certificate of Service

I hereby certify that on 06/ /21, a true and correct copy of the foregoing was filed with the Clerk, U.S. District Court using hand delivery counter filing service. I further certify that in the next couple days, I will serve the following members of the Dependant Party via the Server Services to the State Capital of Florida.

Florida Department of Law Enforcement 5 Cabinet Officers

1) State Attorney General, Ashley B Moody
2) State Governor Governor, Ron DeSantis
3) FDLE Commissioner, Rick Swearingen
4) State Chief Financial Officer, Jimmy Patronis
5) State Commissioner of Agriculture, Nikki Fried

Respectfully Submitted

(s) Danny Ho

Email: dannykho@hotmail.com ;
LoudAndClear.dh@gmail.com

Case 8:18-cv-01669-WFJ-AEP   Document 2   Filed 07/11/18   Page 1 of 2 PageID 32

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2018 JUL 11 PM 12: 47

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Danny K Ho, Airport Badge Applicant )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 8:18cv1669T 35 AEP
Michael Stephens(bar#33520), General Counsel, TPA )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____N/A_____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ ____0.00____ , and my take-home pay or wages are: $ ____0.00____ per
(specify pay period) __no income since 12/15/17__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☐ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.
N/A

#31        10 of 10



FILED

# United States District Court, Middle District of Florida
801 North Florida Avenue, Tampa, Florida 33602
Civil Case 8:18-cv-01669-MSS-AEP   (Amended)
August 14, 2018

2018 AUG 14  PM 3:24

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| Claimant: | Respondent: |
|---|---|
| Danny Ho | Daniel Glennon, Airport Security Coordinator |
| Airport Badge Applicant | Point of Contact per 49CFR1542.209(e)(4)(ii) |
| Unit 101 | Tampa International Airport |
| 19455 Shumard Oak Drive | 4160 George J. Bean Parkway, Suite 2400 |
| Land O Lakes, FL 34638 | Tampa, FL 33607 |
| Tel. 206-334-3388 | Tel. 813-870-8763 |
| Email: dannykho@hotmail.com | Email: DGlennon@TampaAirport.com |

## Overview

Respondent fails to make a decision on Claimant's Security Identification Display Area (SIDA) badge application at Tampa International Airport (TPA) since 12/15/2017. Airports of IDA in 2012, PHL in 2015 and BET in 2016 were making historically approval on Claimant's SIDA badge applications. No income since 12/15/2017 and in a financial difficulty, Claimant paid the Court fee is to work against this hold up.

Based on the above said historical approvals, there is no ground for Respondent to deny SIDA badge based on Court conviction per 49CFR1542.209(g)(1) in Claimant's Criminal History Record Check (CHRC) **[exhibit #1]**; however, Respondent is not cooperate to make a decision **[exhibit #16]**. Bylaw, there is no manipulation for "clarification" to hold up for infinite time. Even this "clarification" is satisfied **[exhibit #4]**. Nobody knows the reason for this hold up, but Administrative Violence.

Based on industry wide practise and the first month of employment, Claimant was good to be escorted for work, but Respondent instructed Claimant's agency employer QUANTA on 12/14/2017 that Claimant no was longer to be escorted for work without any CFR reference for its legitimacy **[exhibit #3]**. Respondent looks interested in stopping Claimant's income more than doing their job properly with a timely decision. Respondent initiated Claimant's income lost without a resolution is not a responsible behavior.

After all the communication exhausted and the failure of establishing the jurisdiction with Transportation Security Administration (TSA) of Homeland Security **[Exhibit #2]**, the Court is the one and only one place to interpret 49CFR1542.209 and Claimant's CHRC because of the TPA authority malfunction. The Homeland Security SIDA badge Clearance at TPA will help Claimant to move forward in aviation career at other airports for the rest of life.

## Content at a Glance

|   |   | Page |
|---|---|---|
| 1. | Background | 2 |
| 2. | Timeline of Occurrences | 2 |
| 3. | Discussion: Legal argument | 4 |
| 3.1 | Request for Production: Respondent must quote CFR reference for application hold up | 4 |
| 4 | Conclusion: Making Florida a better place to live, and better public service from TPA authority | 4 |
| 5. | Demand for Relief: Income lost, pain & suffering, career opportunity cost and legal cost | 4 |
| 6. | Exhibits Listing | 5 |
| 7. | Exhibits pages | 6-40 |

TPA052453   #32   11 of 19

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the

2018 AUG 14  PM 3:41

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

DANNY K. HO
Airport Badge Applicant

*Plaintiff(s)*

v.

Daniel Glennon, Airport Security Coordinator
Tampa International Airport

*Defendant(s)*

Civil Action No. 8:18-cv-01669-MSS-AEP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Glennon, Airport Security Coordinator
Tampa International Airport
4160 George J. Bean Parkway, Suite 2400
Tampa FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANNY K. HO
Unit 101, 19455 Shumard Oak Drive
Land O Lakes, FL 34638

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8.14.2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANNY K. HO, airport badge applicant,

    Plaintiff,

v.

DANIEL GLENNON, airport security coordinator, Tampa International Airport,

    Defendant.

Case No: 8:18-cv-1669-T-35AEP

## RELATED CASE ORDER
## AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form Notice of Pendency of Other Actions.

It is **FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant or the first appearance of any defendant, for the purpose of preparing and filing a Case Management Report. The parties shall utilize the Case Management Report form located at the Court's website www.flmd.uscourts.gov under 'Judicial Information' and under assigned Judge Mary S. Scriven, United States District Judge. Unless otherwise



#34　　13 of 19　　65

Case 8:18-cv-01669-WFJ-AEP   Document 6   Filed 08/27/18   Page 2 of 6 PageID 80

ordered by the Court, a party may not seek discovery from any source before the meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen days after appearance of the party.*

Please note that Judge Scriven requires the Case Management Report to include a brief description of the specific nature and relative complexity of the case. See section II of the Case Management Report.

**DONE AND ORDERED** in Tampa, Florida, this 27th day of August, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Attachments:
    Notice of Pendency of Other Actions [mandatory form]
    Case Management Report [mandatory form]
    Magistrate Judge Consent / Letter to Counsel
    Magistrate Judge Consent Form / Entire Case
    Magistrate Judge Consent / Specified Motions

Web Case Management Form: www.flmd.uscourts.gov [mandatory form]

Copies to:   All Counsel of Record
               All *Pro Se* Parties

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT. A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

**FURTHER ORDERED** that each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within fourteen days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

**FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*" discouraged).

**DONE AND ORDERED** in Tampa, Florida, this 27th day of August, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel of Record
            All *Pro Se* Parties

| Date | # | Description |
|---|---|---|
| | | Danny K. Ho. (AG) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 07/13/2018) |
| 07/16/2018 | 3 | **ORDER denying without prejudice 2 Motion for leave to proceed in forma pauperis/affidavit of indigency. See Order for further details. Signed by Magistrate Judge Anthony E. Porcelli on 7/16/2018. (JMF)** (Entered: 07/16/2018) |
| 08/14/2018 | | FEES paid by Danny K. Ho (Filing fee $400.00 receipt number TPA052453) (AG) (Entered: 08/14/2018) |
| 08/14/2018 | 4 | AMENDED COMPLAINT against Daniel Glennon filed by Danny K. Ho. (LNR) (Entered: 08/16/2018) |
| 08/14/2018 | 5 | SUMMONS issued as to Daniel Glennon. (LNR) (Entered: 08/16/2018) |
| 08/27/2018 | 6 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 9/10/2018. Signed by Judge Mary S. Scriven on 8/27/2018. (KTT)** (Entered: 08/27/2018) |
| 08/27/2018 | 7 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 9/10/2018. Signed by Judge Mary S. Scriven on 8/27/2018. (KTT)** (Entered: 08/27/2018) |
| 08/28/2018 | 8 | RETURN of service executed on 8/23/18 by Danny K. Ho as to Daniel Glennon. (LNR) (Entered: 08/28/2018) |
| 09/04/2018 | 9 | NOTICE of pendency of related cases re 6 Related case order and track 2 notice per Local Rule 1.04(d) by Danny K. Ho. Related case(s): no (LNR) (Entered: 09/06/2018) |
| 09/04/2018 | 10 | CERTIFICATE of interested persons and corporate disclosure statement re 7 Interested persons order by Danny K. Ho. (LNR) (Entered: 09/06/2018) |
| 09/13/2018 | 11 | MOTION to Dismiss Amended Complaint by Daniel Glennon. (Attachments: # 1 Exhibit A)(Johnson, Robert) (Entered: 09/13/2018) |
| 09/19/2018 | 12 | Case Reassigned to Judge William F. Jung. New case number: 8:18-cv-1669-T-02AEP. Judge Mary S. Scriven no longer assigned to the case. (AG) (Entered: 09/19/2018) |
| 09/20/2018 | 13 | PROOF of service by Danny K. Ho (LNR) (Entered: 09/21/2018) |
| 09/25/2018 | 14 | MOTION for Extension of Time to File Response as to 11 MOTION to Dismiss Amended Complaint by Danny K. Ho. (BES) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 09/26/2018) |
| 09/27/2018 | 15 | CERTIFICATE of interested persons and corporate disclosure statement re 7 Interested persons order by Daniel Glennon. (Johnson, Robert) (Entered: 09/27/2018) |
| 09/27/2018 | 16 | **ENDORSED ORDER granting 14 Motion for Extension of Time to File Response/Reply. New deadline for this response is October 10, 2018.** |

GovernorRon.Desantis@eog.myflorida.com   ashley.moody@myfloridalegal.com   11/30/20
CFO.Patronis@myfloridacfo.com   RickSwearingen@fdle.state.fl.us   Nikki.Fried@FDACS.gov

Dear Florida Governor Ron and the FDLE cabinet members:

<u>AG Decision Review:   AG Fake Statement to Tolerate the 7 Criminal Suspects
Humble request Governor Protection for NO Judge Shopping to a Criminal Free Florida</u>

When we uphold "Rule of Law", and the 3 branches of power separation for Check and Balance, the case since 12/15/2017 should come to an end at the Governor's office, after the state attorney general Ms. Ashley Moody didn't do her job properly. First of all,

An "interest of conflict" must be declared. Ms. Ashley Moody's father is James Moody who is a senior district judge at Ocala of FLMD. From a generation & relation point of view, Ms. Ashley Moody calls all respondent judges "Uncle and Auntie". This makes her biased to ignore the "Rule of Law", the 3 branches power separation for Check & Balance and the Public Interest to close the case in a sloppy way. The state attorney general Ms. Ashley Moody "FAIL TO FUNCTION" by the following job specification.

The official USA.gov states a job specification for Ms. Ashley Moody: *"attorneys general are the top legal officers of their state or territory. They advise and represent their legislature and state agencies and act as the "People's Lawyer" for the citizens. Most are elected, though a few are appointed by the governor"*.

Also, Wikipedia states *"The state attorney general is the chief legal advisor to the state government and the state's Chief Law Enforcement officer. In some states, the attorney general serves as the head of a state department of justice, with responsibilities similar to those of the United States Department of Justice."*

Unfortunately, Ms. Ashley Moody closed the case as shown on page 3 was telling liars to lose all her credibility and integrity on her job, and made the following FAKE statement to tolerate the 7 criminal suspects.

*"law enforcement offices are not a part of the Attorney General's office, operate independently, and are not subject to the Attorney General's Authority."*

However, the Florida Department of Law Enforcement website proves the above FAKE statement:

The head of the department is the Governor and Florida Cabinet (<u>Attorney General</u>, Chief Financial Officer and Commissioner of Agriculture). The Commissioner (Executive Director) is appointed by the Governor, with approval from the Cabinet, and <u>confirmed by the Florida Senate</u>.

The Senate ensures the law is passed executing effectively. Copies will go to all cabinet members including the Attorney General as stated. **Q**: If *"law enforcement offices are not a part of the Attorney General's office, operate independently, and are not subject to the Attorney General's Authority,"* then why is the Attorney General on the list? Please do not Liar to shut the door. Shut the email too, *attorney.general@myfloridalegal.com* as shown on page 3 is non deliverable for return. **Q**: What is a smart way to shut the door? How will Ms. Ashley Moody face on her next election?

Ms. Ashley Moody goes by her personal favor on her "Uncle and Auntie" at FLMD to sacrifice the Public Interest of a citizen's legal right for Justice. This leaves the citizen's job suspended since 12/15/17 will last for the rest of his life. Ms. Ashley Moody turns blind eyes as "People's Lawyer" defined by the government website USA.gov. This proves Ms. Ashley Moody FAILS TO FUNCTION for people.

> Violation of local rule 1.03(b) by Clerk of Court **EMW** and corrupt Judge **WFJ** to start a series of "Obstruction of Justice" at FLMD. This is a multi-million dollar business that "guarantees to win" by "judge shopping" in Florida. CONGRATULATIONS to **EMW** and Judge **WFJ** for their non taxable huge extra income from their big Boss behind scene

The violation of local rule 1.03(b) end up with the corrupt judge WFJ UNABLE, YES UNABLE to interpret a terminology "accusation set aside" to "guess" the meaning (page 4 of D&O dated 10/16/18) altogether with his big Boss behind scene, ignoring a phone call away on **(813)253-1000** to the FBI Tampa Field Office will have a direct official interpretation. Judge WFJ also FAILS TO FUNCTION in civil dispute.

> Judges CEH & SDM followed corrupt judge WFJ also FAIL TO FUNCTION for **consistency** making FLMD Courthouse is a Crime Scene for "Obstruction of Justice"
>
> **VS**
>
> "Rule of Law" on previous working airports IND2012, PHL2014 and BET2016 **consistency** from State to State NATIONWIDE
>
> **With above consistency, which Governor Ron leads Florida people to choose from?**

Once again, when we uphold "Rule of Law", and the 3 branches separation power for Check and Balance, Judiciary is not superior to the other two, and corruption on "Judge Shopping" has no exception for prosecution. The case should come to an end at the Governor's office after the state attorney general Ms. Ashley's decision on 11/19/2020 (see below).

A minority citizen,

*Danny Ho*

Enclosures:
1) FLGovernor.pdf
2) FLGovernorPresent.pdf
3) Discovery.pdf

---

attorney.general@myfloridalegal.com
Thu 11/19/2020 12:05 PM
To:   DANNYKHO@HOTMAIL.COM

This is to acknowledge the receipt of all three of your follow up emails by The Florida Attorney General's Office.

I am sorry your issues remain unresolved. However, as previously explained, the Florida Attorney General's Office is a part of the executive branch of government, and as such **cannot supersede or circumvent the actions of the judicial branch. Additionally, law enforcement offices are not a part of the Attorney General's office, operate independently, and are not subject to the Attorney General's Authority.**

I have reviewed your past and current correspondence with this office, and I can confirm that our referrals from our office's previous replies (included below) remain accurate. Please reference the below replies for resources and contact information in which to follow up.

Finally, we also again encourage you to consult a private attorney for any legal guidance you need. An attorney can provide the legal opinions and advice that this office is not at liberty to provide to private individuals.

Please understand that our duties are prescribed by law. I regret we are unable to assist you further in this matter.

Sincerely,

Office of Citizen Services
Florida Attorney General's Office
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3990
Toll-free in Florida: (866) 966-7226
Website: http://www.myfloridalegal.com

DANNY HO
Name
10301 William Oaks Road
Street Address
Riverview FL 33569
City, State, Zip Code
206.334.3388
Telephone Number
dannykho@hotmail.com